**Opinion filed May 31, 2018**



## In The

# Eleventh Court of Appeals

_____

## No. 11-18-00126-CV

_____

## PLATFORM II, LLC, Appellant

## V.

## ROXO ENERGY, LLC; ROXO ENERGY COMPANY, LLC; REC LEASING, LLC; AND REC MINERALS, LLC, Appellees

**On Appeal from the 118th District Court**
**Howard County, Texas**
**Trial Court Cause No. 52426**

## M E M O R A N D U M   O P I N I O N

Appellant, Platform II, LLC, has filed in this court an unopposed motion to dismiss this appeal. Appellant states in the motion that it "no longer desires to pursue this appeal." In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

May 31, 2018                                                    PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.